CR 25-280 JMB/EMB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| v. | 8 U.S.C. § 1326(a) |
| EDWARDO LOPEZ-CHAVEZ, a/k/a "Samuel Garnica," | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien)

On or about June 12, 2025, in the State and District of Minnesota, the defendant,

**EDWARDO LOPEZ-CHAVEZ,**
a/k/a "Samuel Garnica,"

an alien, was found in the United States after having been removed therefrom on or about on May 2, 2001, April 16, 2008, and August 26, 2014, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY                FOREPERSON

SCANNED
JUL 2 4 2025
U.S. DISTRICT COURT MPLS